QUEENSBORO INVESTING COMPANY, Respondent, v. H. L. CONSTRUCTION Co., INC., Defendant. LEWIS, DE MICCO & TEPEDINO CORPORATION and CHARLES L. MECKENBERG, as Trustee in Bankruptcy of H. L. CONSTRUCTION Co., INC., Appellants.— Order granting motion for judgment on the pleadings for the relief demanded in the complaint and appointing referee to compute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

WILLIAM JUDSON ROGERS, Appellant, v. ANNE T. REYNOLDS, Respondent.— Order denying plaintiff's motion for summary judgment reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Defendant did not show by evidentiary facts that plaintiff had any knowledge of the alleged fraud perpetrated upon her by the W. J. Howey Company, from which plaintiff purchased the note for full value before maturity, and, therefore, did not establish an issuable fact with respect to whether or not plaintiff was a holder in due course. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

ROSETH REALTY Co., INC., Respondent, v. DAVID DORNSTREICH, Defendant. STEEL-CRETE HOMES Co., INC., Appellant; ZASHIN REALTY CORPORATION and Others, Respondents.— Order striking out paragraphs numbered 1, 2 and 3 and the separate defenses and counterclaims in the answer of defendant Steel-Crete Homes Co., Inc., and granting judgment on the pleadings, modified so as to provide for a denial of the motion to strike out paragraphs numbered 1, 2 and 3 and the first, second and third defenses, and for a denial of the motion to grant judgment on the pleadings, and as so modified affirmed, with ten dollars costs and disbursements, and ten dollars costs of motion to appellant. Judgment of foreclosure and sale reversed upon the law and the facts, without costs. The first and second defenses are sufficient in law. (2 Beach Mod. Eq. Juris. 614, § 541; *Fitzpatrick* v. *Sweeny*, 56 Hun, 159, 161; affd., 121 N. Y. 707.) The third defense alleges a contract between plaintiff and defendant Steel-Crete Homes Co., Inc., and is sufficient in law. The allegations of the fourth defense are insufficient in law and do not state a cause of action as the basis of a counterclaim. The denials of non-payment of interest on prior mortgage and the mortgage in this action are not sham. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.